CITY OF MARIANNA, A MUNICIPAL CORPORATION, *Appellant*, v. THE BOARD OF PUBLIC INSTRUCTION FOR JACKSON COUNTY, FLORIDA, A BODY CORPORATE; N. A. BALTZEL, S. A. DAFFIN, AND J. W. HIGHTOWER, AS TRUSTEES OF SPECIAL TAX SCHOOL DISTRICT NO. 1 OF JACKSON COUNTY, FLORIDA; THE UNKNOWN SUCCESSORS IN TRUST OF CHARLES W. DAVIS, FRANK PHILLIPS, ALEXANDER MERRITT, WILLIAM H. MILTON, AND DANIEL L. MCKINNON, ALL DECEASED, TRUSTEES OF MARIANNA ACADEMY OF JACKSON COUNTY, FLORIDA, BY VIRTUE OF DEED FROM BENJ. S. LIDDON, GRANTOR, TO SAID TRUSTEES, DATED AUGUST 8TH, 1883, CONVEYING LOT NO. 42 IN PEYTON'S ADDITION TO THE TOWN OF MARIANNA, FLORIDA, RECORDED IN DEED BOOK L, PAGES 194-195, OF CIRCUIT CLERK'S OFFICE OF JACKSON COUNTY, FLORIDA, AND ALL OTHER PERSONS CLAIMING ANY INTEREST IN LOT NO. 42 OF PEYTON'S ADDITION TO THE TOWN OF MARIANNA, FLORIDA, *Appellees.*

Division B.

Decision Filed May 25, 1928.

*James H. Finch,* for Appellant;

*Carter, Solomon, Welch & Pierce,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.